IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WILLIAM HAMAN, :
:
    Claimant, :
:
v. : 7:07-cv-124 (WLS)
:
SOCIAL SECURITY ADMINISTRATION, :
:
    Respondent.. :
_____ :

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 36), filed May 10, 2007. It is recommended that Commissioner's motion to dismiss be granted for Claimant's failure to exhaust his administrative remedies. Plaintiff has filed a document entitled "Motion to Dismiss" which can alternatively be read as a motion to dismiss and as an objection. (Doc. No. 37).

While objecting to the alleged mistreatment that Claimant has suffered at the hands of the Social Security Administration and state and local governments in general, Claimant acknowledges that his present complaint should be dismissed. Accordingly, to the extent that Claimant is objecting to the Recommendation, the objection (Doc. No. 37) is **OVERRULED.**

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 36) should be, and hereby is, **ACCEPTED, ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, along with the reasons set out and conclusions reached herein. Therefore, the Commissioner's motion to dismiss (Doc. No. 24) is **GRANTED.**

SO ORDERED, this  5th  day of October, 2007.

                                                       /s/W. Louis Sands
                                                      **W. Louis Sands, Judge**
                                                      **United States District Court**